IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

    Plaintiff,

  vs.                          No. CIV. S-09-3046 FCD GGH PS

L. DONALDSON, et al.,

                            ORDER

    Defendants.

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 12, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

1.     Plaintiff's April 12, 2010 request for an extension of time is granted; and

2.     Plaintiff is granted twenty-eight days from the date of this order in which to file and serve an amended complaint.

DATED: May 11, 2010

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:076
Martinez3046.36.wpd